UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS K. SUDBERRY, | ) | |
| Petitioner, | ) | 3: 10-cv-0498-ECR-RAM |
| vs. | ) | |
| JACK PALMER, et al., | ) | **ORDER** |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner is proceeding *pro se*. Although petitioner has submitted a financial certificate, he has failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee. Petitioner shall be sent a motion for leave to proceed *in forma pauperis* form, should he wish to apply for pauper status, and alternatively given an opportunity to pay the requisite filing fee.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor. Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to

proceed *in forma pauperis*. It is not necessary for petitioner to submit another financial certificate. Alternatively, petitioner shall have **thirty (30) days** from the date of entry of this order within which to have prison officials deduct from his prison account and send to the Clerk of Court the full $5.00 filing fee. Failure to do so will result in the dismissal of this action.

DATED this 18 day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

2