AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_DISTRICT OF\_\_NEVADA_____

DENNIS K. SUDBERRY,

             Plaintiff,                    JUDGMENT IN A CIVIL CASE

     V.

                                     CASE NUMBER: **3:10-cv-00498-ECR-RAM**

JACK PALMER, et al.,

             Defendants.

**\_\_\_**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**\_\_\_**   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

    \_\_November 17, 2010\_\_              **LANCE S. WILSON**
                                        Clerk


                                     \_\_/s/ Katie Lynn Ogden\_\_
                                        Deputy Clerk